# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 20, 2019

### NO. 03-19-00248-CV

**Nadia Longoria, Appellant**

**v.**

**Deran Tolbert, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH**
**DISMISSED – PER CURIAM**

---

This is an appeal from the trial court's final summary judgment order. Having reviewed the record, it appears that this appeal is a duplicate of 03-19-00057-CV filed in this Court. Therefore, the Court dismisses the appeal filed in cause number 03-19-00248-CV and consolidates the appeal with 03-19-00057-CV.